## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN WEISER**,<br><br>Plaintiff,<br><br>*v.*<br><br>**GREAT AMERICAN INSURANCE COMPANY,**<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 19-1218-KSM** |

## ORDER

**AND NOW**, this 13th day of April, 2020, upon consideration of Great American's Motion to Dismiss (Doc. No. 3), Weiser's response brief (Doc. No. 4), and Great American's reply brief (Doc No. 5), as well as the insurance policy issued by Great American to PHFA (Doc. No. 3-4), it is **ORDERED** that the motion is **GRANTED**, and the plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.